**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Julie A. Burnett<br>      <u>Debtor</u> | CHAPTER 13<br><br>BKY. NO. 15-14866 SR |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of J.P. Morgan Chase, as Servicer for U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank, National Association as Trustee for EMC Mortgage Loan Trust 2003-A, Mortgage Pass-Through Certificates, Series 2003-A, and index same on the master mailing list.

Re: Loan # Ending In: 6046

                                                 Respectfully submitted,

                                                 **/s/Joshua I. Goldman, Esquire**
                                                 Joshua I. Goldman, Esquire
                                                 Thomas Puleo, Esquire
                                                 KML Law Group, P.C.
                                                 701 Market Street, Suite 5000
                                                 Philadelphia, PA 19106-1532
                                                 (215) 825-6306  FAX (215) 825-6406