IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re   Julie A. Burnett           ) Chapter 13
                                   )
Debtor                             ) No. 15-14866-JKF
                                   )
                                   )

### CERTIFICATION OF NO RESPONSE

I hereby certify that I have received no answer, objection or other responsive pleading to the Motion to Modify Plan After Confirmation and respectfully request that the Order attached to the Motion be approved.

/s/David M. Offen
David M. Offen
Attorney for Debtor