IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                    :    CHAPTER 13
                          :
Julie A. Burnett          :    No. 15-14866-JKF
         Debtor

O R D E R

AND NOW, this_____ day of _____, 2018, upon consideration of the Motion to Modify Plan After Confirmation, it is hereby

ORDERED, that the debtor's confirmed plan is modified to reflect that $21,526.74 has been paid to the Trustee and the Debtor shall pay $913.00 per month for 26 months for a total base amount of $45,264.74 and the Modified Plan attached hereto as Exhibit "A" shall be the new plan.

*[signature]*

**Date: May 30, 2018**

HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE

cc:

Frederick L. Reigle, Trustee

David M. Offen, Esquire