United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-14866-jkf
Julie A. Burnett                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1                  Date Rcvd: May 30, 2018
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2018.
db              +Julie A. Burnett,    2555 N. Cleveland Street,    Philadelphia, PA 19132-3820

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2018 at the address(es) listed below:
        BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank, National Association as Trustee for EMC Mor bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
        DAVID M. OFFEN    on behalf of Debtor Julie A. Burnett dmo160west@gmail.com, davidoffenecf@gmail.com
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank, National Association as Trustee for EMC Mor bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        THOMAS I. PULEO    on behalf of Creditor   U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank, National Association as Trustee for EMC Mor tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                          TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
:
Julie A. Burnett : No. 15-14866-JKF
Debtor

O R D E R

AND NOW, this _____ day of _____, 2018, upon consideration of the Motion to Modify Plan After Confirmation, it is hereby

ORDERED, that the debtor's confirmed plan is modified to reflect that $21,526.74 has been paid to the Trustee and the Debtor shall pay $913.00 per month for 26 months for a total base amount of $45,264.74 and the Modified Plan attached hereto as Exhibit "A" shall be the new plan.

**Date: May 30, 2018**

_____
HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE

cc:

Frederick L. Reigle, Trustee

David M. Offen, Esquire