IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  **Julia A. Burnett** | ) | Chapter 13 |
| **Debtor** | ) | |
| | ) | No. 15-14866-JKF |
| | ) | |
| | ) | |

## CERTIFICATION OF NO RESPONSE

I hereby certify that I have received no answer, objection, or other responsive pleading to the Supplemental Application for Compensation and respectfully request that the Order attached to the Motion be approved.

/s/David M. Offen
David M. Offen
Attorney for Debtor(s)

**Date:6/5/20**