```
              IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA

         IN RE:               :       CHAPTER 13
                              :
         Julie A. Burnett     :       No. 15-14866-JKF
Debtor                        :
```

## ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Supplemental Application for Approval of Counsel Fees submitted by David M. Offen, Attorney for the Debtor, and upon notice and certification of no objection it is hereby ORDERED that:

Supplemental Counsel fees in the amount of $500.00 is allowed and shall be paid by the Chapter 13 Trustee to the extent there are funds available.

**Date: June 8, 2020**

DATED:_____          _____
                                     HONORABLE JEAN K. FITZSIMON
                                     UNITED STATES BANKRUPTCY JUDGE

cc:

Scott F. Waterman, Esq., Trustee

David M. Offen, Esquire