| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 15-14866-AMC

JULIE A. BURNETT
2555 N. CLEVELAND STREET
PHILADELPHIA  PA   19132

Petition Filed Date: 07/07/2015
341 Hearing Date: 10/09/2015
Confirmation Date: 09/14/2016

Case Status: Completed on 8/11/2020

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2019 | $400.00 | 852214541721 | 01/15/2019 | $400.00 | 852214549736 | 01/29/2019 | $400.00 | 852214556448 |
| 02/13/2019 | $400.00 | 852214564221 | 02/27/2019 | $400.00 | 852214571134 | 03/11/2019 | $400.00 | 852214578171 |
| 03/26/2019 | $400.00 | 852214585016 | 04/09/2019 | $400.00 | 852214593244 | 04/23/2019 | $400.00 | 852214604973 |
| 05/07/2019 | $400.00 | 852214617749 | 05/21/2019 | $400.00 | 852214624860 | 06/04/2019 | $400.00 | 852214631665 |
| 06/18/2019 | $400.00 | 852214638667 | 07/08/2019 | $400.00 | 852214645464 | 07/16/2019 | $400.00 | 852214653841 |
| 07/30/2019 | $400.00 | 852214660698 | 08/13/2019 | $400.00 | 852214667576 | 08/27/2019 | $400.00 | 852214674494 |
| 09/10/2019 | $400.00 | 852214681426 | 09/24/2019 | $400.00 | 852214688223 | 10/08/2019 | $400.00 | 852214696711 |
| 10/23/2019 | $400.00 | 852214703323 | 11/05/2019 | $400.00 | 852214710082 | 11/20/2019 | $400.00 | 852214716837 |
| 12/09/2019 | $400.00 | 852214723378 | 12/17/2019 | $400.00 | 852214730121 | 12/31/2019 | $400.00 | 852214736775 |
| 01/14/2020 | $400.00 | 852214744661 | 01/28/2020 | $400.00 | 852214751223 | 02/11/2020 | $400.00 | 852214758087 |
| 02/25/2020 | $400.00 | 852214765300 | 03/10/2020 | $400.00 | 852214772635 | 03/24/2020 | $400.00 | 852214779066 |
| 04/06/2020 | $400.00 | 852214787051 | 04/21/2020 | $400.00 | 852214793286 | 05/05/2020 | $400.00 | 852214799671 |
| 05/19/2020 | $400.00 | 852214806596 | 06/01/2020 | $400.00 | 852214812382 | 06/16/2020 | $400.00 | 852214818237 |
| 06/30/2020 | $400.00 | 852214823622 | 07/14/2020 | $400.00 | 852214830857 | 07/27/2020 | $400.00 | 852214836316 |
| 08/11/2020 | $400.00 | 852214841956 | | | | | | |

**Total Receipts for the Period: $17,200.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $45,526.74**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $860.81 | $172.96 | $687.85 |
| 7 | AT&T MOBILITY II LLC C/O AT&T SERVICES<br>»» 007 | Unsecured Creditors | $428.49 | $86.08 | $342.41 |
| 8 | ATLAS ACQUISITIONS LLC<br>»» 008 | Unsecured Creditors | $639.57 | $128.51 | $511.06 |
| 5 | EDUCATIONAL CREDIT MGMT CORP<br>»» 005 | Unsecured Creditors | $9,744.16 | $1,957.79 | $7,786.37 |
| 1 | UNITED STATES TREASURY (IRS)<br>»» 01P | Priority Creditors | $18,747.88 | $18,747.88 | $0.00 |
| 1 | UNITED STATES TREASURY (IRS)<br>»» 01U | Unsecured Creditors | $8,638.14 | $1,735.55 | $6,902.59 |
| 6 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 006 | Secured Creditors | $11,262.87 | $11,262.87 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 03P | Priority Creditors | $711.10 | $711.10 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 03U | Unsecured Creditors | $246.66 | $41.33 | $205.33 |

**Chapter 13 Case No. 15-14866-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 10 | CITY OF PHILADELPHIA (LD)<br>»» 010 | Secured Creditors | $1,742.26 | $1,742.26 | $0.00 |
| 4 | PHILADELPHIA PARKING AUTHORITY<br>»» 004 | Unsecured Creditors | $1,044.00 | $209.77 | $834.23 |
| 9 | SELECT PORTFOLIO SERVICING INC<br>»» 009 | Mortgage Arrears | $87.82 | $87.82 | $0.00 |
| 11 | DAVID M OFFEN ESQUIRE<br>»» 011 | Attorney Fees | $3,493.00 | $3,493.00 | $0.00 |
| 12 | DAVID M OFFEN ESQUIRE | Attorney Fees | $500.00 | $500.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | | |
|---|---|---|---|---|
| Total Receipts: | $45,526.74 | | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $40,876.92 | | Arrearages: | $0.00 |
| Paid to Trustee: | $3,921.60 | | Total Plan Base: | $45,264.74 |
| Funds on Hand: | $728.22 | | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.