United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-14866-amc |
| Julie A. Burnett | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 3 |
| Date Rcvd: Oct 30, 2020 | Form ID: 138NEW | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Julie A. Burnett, 2555 N. Cleveland Street, Philadelphia, PA 19132-3820 |
| cr | + | SELECT PORTFOLIO SERVICING, INC., 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| 13599155 | | ECMC, PO BOX 16408, ST. PAUL MN 55116-0408 |
| 13559390 | + | Ecmc, 101 E 5th St, Suite 2400, St Paul, MN 55101-1800 |
| 13559397 | | PA Dept. of Revenue, Bureau of Individual Taxes, Dept. 281210, Harrisburg, PA 17128-1210 |
| 13559401 | + | PGW, 1800 North 9th Street, Philadelphia, PA 19122-2021 |
| 13559398 | #+ | Parson Bishop Collecti, 7870 Carmargo Road, Cincinnati, OH 45243-2695 |
| 13559400 | | Penn Medicine, UPHS Physicians Patient Pay, PO Box 824406, Philadelphia, PA 19182-4406 |
| 13559403 | | Temple University, Broad & Montgomery, Philadelphia, PA 19120 |
| 13920938 | + | U.S. Bank, National Association, as Tru, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 31 2020 01:52:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 31 2020 01:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 31 2020 01:52:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: bnc@atlasacq.com | Oct 31 2020 01:52:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666-1713 |
| 13608833 | + | Email/Text: g20956@att.com | Oct 31 2020 01:52:00 | AT&T Mobility II LLC, % AT&T Services, Inc, Karen Cavagnaro, Paralegal, One AT&T Way, Room 3A104, Bedminster, NJ 07921-2693 |
| 13559382 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Oct 31 2020 01:52:00 | Allianceone, 1684 Woodlands Dr Ste 15, Maumee, OH 43537-4093 |
| 13559385 | + | Email/Text: bankruptcy@acacceptance.com | Oct 31 2020 01:52:00 | American Credit Accept, 961 E Main St, Spartanburg, SC 29302-2185 |
| 13565238 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 31 2020 01:17:34 | American InfoSource LP as agent for, T Mobile/T-Mobile USA Inc, PO Box 248848, |

Case 15-14866-amc    Doc 127    Filed 11/01/20    Entered 11/01/20 23:43:55    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: Adminstra | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 30, 2020 | Form ID: 138NEW | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| | | | | Oklahoma City, OK 73124-8848 |
| 13618311 | + | Email/Text: bnc@atlasacq.com | Oct 31 2020 01:52:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601-4303 |
| 13559388 | | Email/Text: megan.harper@phila.gov | Oct 31 2020 01:52:00 | City of Philadelphia, Dept. of Revenue - Water Revenue Bureau, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102 |
| 13667667 | + | Email/Text: megan.harper@phila.gov | Oct 31 2020 01:52:00 | CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 13559387 | + | Email/Text: bankruptcy@philapark.org | Oct 31 2020 01:52:00 | City of Philadelphia, Parking Violations Branch, P.O. Box 41818, Philadelphia, PA 19101-1818 |
| 13559394 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 31 2020 01:52:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 13559395 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 31 2020 01:52:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14058475 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 31 2020 01:52:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 13559386 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 31 2020 01:15:47 | Chase Mtg, Po Box 24696, Columbus, OH 43224 |
| 13559396 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 31 2020 01:52:00 | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 13559399 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 31 2020 01:52:00 | Peco Energy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 13594395 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 31 2020 01:52:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 13594664 | + | Email/Text: bankruptcy@philapark.org | Oct 31 2020 01:52:00 | Philadelphia Parking Authority, 701 Market St. Suite 5400, Philadelphia, PA 19106-2895 |
| 13559404 | | Email/Text: megan.harper@phila.gov | Oct 31 2020 01:52:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMORGAN CHASE BANK, N.A |
| 13559384 | | Amca |
| 13559402 | | Philadelphia Health Association |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 13559391 | *++++ | ECMC, 3505 HIGHPOINT DR N, OAKDALE MN 55128-7577, address filed with court:, Ecmc, 1 Imation Pl, Oakdale, MN 55128 |
| 13559392 | *++++ | ECMC, 3505 HIGHPOINT DR N, OAKDALE MN 55128-7577, address filed with court:, Ecmc, 1 Imation Pl, Oakdale, MN 55128 |
| 13559393 | *+ | Ecmc, 101 E 5th St, Suite 2400, St Paul, MN 55101-1800 |
| 13559381 | ##+ | Aaron's, 2300 W. Passyunk Avenue, Philadelphia, PA 19145-4123 |
| 13559383 | ##+ | Allied Interstate LLC, P.O. Box 361445, Columbus, OH 43236-1445 |
| 13559389 | ##++++ | ECMC, 3505 HIGHPOINT DR N, OAKDALE MN 55128-7577, address filed with court:, Ecmc, 1 Imation Pl, Oakdale, MN 55128 |

TOTAL: 3 Undeliverable, 4 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 3 of 3 |
| Date Rcvd: Oct 30, 2020 | Form ID: 138NEW | Total Noticed: 31 |

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2020          Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2020 at the address(es) listed below:

**Name**            **Email Address**

BRIAN CRAIG NICHOLAS

on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank, National Association as Trustee for EMC Mor bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DAVID M. OFFEN

on behalf of Debtor Julie A. Burnett dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

JOSHUA I. GOLDMAN

on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank, National Association as Trustee for EMC Mor Josh.Goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com

MATTHEW CHRISTIAN WALDT

on behalf of Creditor SELECT PORTFOLIO SERVICING  INC. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

POLLY A. LANGDON

on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)

ECFMail@ReadingCh13.com

THOMAS I. PULEO

on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank, National Association as Trustee for EMC Mor tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Julie A. Burnett
       Debtor(s)                                          Bankruptcy No: 15−14866−amc
                                                              Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                            900 Market Street
                               Suite 400
                           Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                                                      For The Court
                                                                                       Timothy B. McGrath
                                                                                        Clerk of Court

Dated: 10/30/20

                                                                                                                                126 − 122
                                                                                                                             Form 138_new