Certificate Number: 12433-PAE-DE-034971738

Bankruptcy Case Number: 15-14866



12433-PAE-DE-034971738

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 10, 2020</u>, at <u>8:20</u> o'clock <u>PM EDT</u>, <u>Julie A. Burnett</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>October 11, 2020</u>           By:   <u>/s/Lance Brechbill</u>

                                        Name: <u>Lance Brechbill</u>

                                        Title: <u>Teacher</u>