IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Julie A. Burnett | : | No. 15-14866-AMC |
| Debtor | : | |

O R D E R

AND NOW, this _____ day of _____, 2020, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

**Date: November 23, 2020**         _____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE